**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6208**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ALONZO TARELL JONES,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:13-cr-00967-TLW-1)

_____

Submitted:  May 18, 2023                         Decided:  May 23, 2023

_____

Before NIEMEYER and RUSHING, Circuit Judges.[*]

_____

Affirmed by unpublished per curiam opinion.

_____

Alonzo Tarell Jones, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

_____

[*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Alonzo Tarell Jones appeals the district court's order denying his motion for judicial notice of adjudicative facts and to correct sentence requesting sentencing credit for time spent in pretrial detention. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones*, No. 3:13-cr-00967-TLW-1 (D.S.C. Oct. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*